**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>FAIZ-MOHAMMAD, KHALID S.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08450 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 07/17/06. The Trustee was appointed on 07/17/06. An order for relief under Chapter 7 was entered on 07/17/06.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 3/3/08 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 20,068.79

    b. DISBURSEMENTS (See Exhibit C)      $ 17.50

    c. NET CASH available for distribution      $ 20,051.29

    d. TRUSTEE/PROFESSIONAL COSTS
        1. Trustee compensation requested (See Exhibit E)      $ 2,756.88
        2. Trustee Expenses (See Exhibit E)      $ 100.00
        3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)      $ 11,761.53

5. The Bar Date for filing unsecured claims expired on 04/26/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 14,868.41

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 0.00

    e. Allowed unsecured claims      $ 6,531.09

7. Trustee proposes that unsecured creditors receive a distribution of 79.36% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $11,761.53. The total of Chapter 7 professional fees and expenses requested for final allowance is $14,618.41. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,100.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 3/3/08                                                        RESPECTFULLY SUBMITTED,

                                                                 By:/s/David Grochocinski
                                                                    DAVID GROCHOCINSKI, TRUSTEE
                                                                    1900 RAVINIA PLACE
                                                                    ORLAND PARK, IL  60462
                                                                    Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Faiz-Mahommad, Khalid



March 03, 2008




Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Adversary** | | | | |
| 9/19/2006 | DEG | Prepared letter to Martucci regarding need from RESPA, contracts and related documents as requested at 341 meeting on 9/12/06<br>Adversary | 0.80<br>375.00/hr | 300.00 |
| 1/22/2007 | DEG | Email from Gretchen regarding 2004 exam; many unanswered questions<br>Adversary | 0.20<br>375.00/hr | 75.00 |
| 1/30/2007 | DEG | Email to Gretchen regarding HUD-1; line 213 says "gift equity to buyer"<br>Adversary | 0.30<br>375.00/hr | 112.50 |
| 2/5/2007 | DEG | Email from Gretchen; she will probably have to subpoena more documents<br>Adversary | 0.20<br>375.00/hr | 75.00 |
|  | DEG | Email to Gretchen; waiting on information on transfers to "friends" from the closing; will discuss with counsel regarding a settlement<br>Adversary | 0.30<br>375.00/hr | 112.50 |
| 2/6/2007 | DEG | Review of emails and fax to attorney for transfers<br>Adversary | 350.00/hr | NO CHARGE |
|  | DEG | Email from Gretchen; she already raised question of waiving discharge to debtor's attorney<br>Adversary | 0.20<br>375.00/hr | 75.00 |
| 2/7/2007 | DEG | Email to counsel explaining estate entitled to receive half of the funds credited to Mrs. on closing statement; he withdrew as counsel<br>Adversary | 0.30<br>375.00/hr | 112.50 |
| 2/8/2007 | DEG | Review adversary complaint, lis pendens and discussion with AWR regarding same<br>Adversary | 1.20<br>350.00/hr | 420.00 |



Faiz-Mahommad, Khalid                                                                                  Page     2

|            |     |                                                                                                                                                                                                                                                     | Hrs/Rate        | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 2/8/2007   | DEG | Receipt and review of tract search<br>Adversary                                                                                                                                                                                                                     | 0.50<br>350.00/hr | 175.00 |
| 3/6/2007   | DEG | Review of documents from mortgage company and Faiz Mohammad<br>Adversary                                                                                                                                                                                            | 0.60<br>350.00/hr | 210.00 |
| 4/4/2007   | DEG | Email from Gretchen Silver regarding further documentation regarding the transfer of the "gift equity" or explanation of transaction<br>Adversary                                                                                                                   | 0.20<br>375.00/hr | 75.00  |
| 6/14/2007  | DEG | Conference with AR regarding offer of $17,000; advise AR offer is a little low; need higher offer<br>Adversary                                                                                                                                                      | 0.50<br>375.00/hr | 187.50 |
| 7/2/2007   | DEG | Facsimile letter to Uzzell regarding settlement and correspondence between Uzzell and Art Rummler regarding same; No mention of immediate release of lis pendens in correspondence; request copy of same; Trustee will release interest once funds are paid<br>Adversary | 0.80<br>350.00/hr | 280.00 |
|            | DEG | Facsimile letter to A. Rummler; need to know what was discussed regarding settlement<br>Adversary                                                                                                                                                                   | 0.10<br>350.00/hr | 35.00  |
|            | DEG | Telephone conference with Uzzell and email/fax to him<br>Adversary                                                                                                                                                                                                  | 1.00<br>350.00/hr | 350.00 |
| 7/4/2007   | DEG | Receipt and review of letter from Uzzell regarding $2,000 from Ms. Ali<br>Adversary                                                                                                                                                                                 | 0.20<br>350.00/hr | 70.00  |
| 7/5/2007   | DEG | Email to J. Uzzell regarding new deal<br>Adversary                                                                                                                                                                                                                  | 0.30<br>350.00/hr | 105.00 |
| 7/6/2007   | DEG | Letter from Uzzell confirming discussion to accept $20,000 to settle; $18,000 upon entry of order and remaining $2,000 to be paid without interest at not less than $300.00 per month beginning on August 31, 2007; need release of lis pendens<br>Adversary | 0.30<br>350.00/hr | 105.00 |
|            | DEG | Receipt and review of letter from Uzzell regarding settlement of adversary<br>Adversary                                                                                                                                                                             | 0.20<br>375.00/hr | 75.00  |
|            | DEG | Telephone conference with Uzzell; ok on deal; draft new order<br>Adversary                                                                                                                                                                                          | 0.50<br>350.00/hr | 175.00 |
| 7/17/2007  | DEG | Email to Uzzell regarding proposed settlement order; amended to show funds paid withing 10 days of entry of order; Uzzell to prepare release of lis pendens not Trustee<br>Adversary                                                                               | 0.20<br>350.00/hr | 70.00  |
| 7/19/2007  | DEG | Email from Uzzell regarding default interest at 18%; ok<br>Adversary                                                                                                                                                                                                | 0.10<br>350.00/hr | 35.00  |
|            | DEG | Email from Uzzell; client to pay $18,000 next week<br>Adversary                                                                                                                                                                                                     | 0.10<br>350.00/hr | 35.00  |
| 7/20/2007  | DEG | Facsimile letter to Uzzell with copy of order approving settlement; request funds to sent in accordance with same<br>Adversary                                                                                                                                      | 0.20<br>350.00/hr | 70.00  |
| 8/7/2007   | DEG | Receipt and review of letter from Uzzell regarding receipt of my amended release deed<br>Adversary                                                                                                                                                                  | 0.50<br>350.00/hr | 175.00 |

Faiz-Mahommad, Khalid                                                                 Page    3

|  | Hrs/Rate | Amount |
|---|---|---|

| | | SUBTOTAL: | [  9.80 | 3,510.00] |

### General Administration

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2006 | DEG | Receive of schedules and statement of financial affairs prior to 341 meeting<br>General Administration | 0.80<br>375.00/hr | 300.00 |
| 9/5/2006 | DEG | Receipt and review of debtor's 521 disclosures<br>General Administration | 0.80<br>375.00/hr | 300.00 |
| 10/5/2006 | DEG | Receipt and review of documentation requested<br>General Administration | 1.50<br>375.00/hr | 562.50 |
| 10/10/2006 | DEG | Email to Martucci regarding information received; one of the remitters of the cashiers check was Seema Hashwani and was not either the spouse or the debtor; please explain. need checkbook registers and other financial data<br>General Administration | 0.30<br>375.00/hr | 112.50 |
| 10/16/2006 | DEG | Email to Martucci; no response to email of the 10th; proceed with 341 meeting on 10/17 or continue to 11/14:<br>General Administration | 0.20<br>375.00/hr | 75.00 |
| 11/9/2006 | DEG | Email to Martucci; need to review documents received; continue 341 meeting to 12/12 at noon<br>General Administration | 0.20<br>375.00/hr | 75.00 |
| 12/11/2006 | DEG | Receipt and review of email from Martucci to Gretchen Silver regarding documents sent out 12/11/06<br>General Administration | 0.20<br>375.00/hr | 75.00 |
| 12/12/2006 | DEG | Email to debtor's attorney regarding continuance of 341 meeting to 1/9/07 because of documents requested not received; advise attorney that Trustee will be extending 727 deadline to mid-February<br>General Administration | 0.30<br>375.00/hr | 112.50 |
| 12/15/2006 | DEG | Receipt and review of letter from Martucci; debtor out of country during month of January; request continuance to February<br>General Administration | 0.20<br>375.00/hr | 75.00 |
| 1/22/2007 | DEG | Email to Gretchen Silver regarding transfers from the sale of the home a couple of years ago; will file response<br>General Administration | 0.20<br>375.00/hr | 75.00 |
| 2/6/2007 | DEG | Facsimile letter to Martucci regarding meeting set for 2/13/07; need to discuss many issues in this case regarding closing and $95,000 plus to spouse at closing etc.<br>General Administration | 0.30<br>375.00/hr | 112.50 |
| | DEG | Email from debtor's counsel, Gregory Martucci; request continuance of meeting; client will be out of country<br>General Administration | 0.20<br>375.00/hr | 75.00 |
| 2/7/2007 | DEG | Email to Gretchen Silver, Trustee will be filing adversary and lis pendens asap<br>General Administration | 0.30<br>375.00/hr | 112.50 |
| 2/8/2007 | DEG | Receipt and review of motion to withdraw as attorney; no objections<br>General Administration | 0.20<br>375.00/hr | 75.00 |

Faiz-Mahommad, Khalid                                                                                  Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/20/2007 | DEG | Facsimile letter to to Uzzell with copies of entered orders of settlement; request settlement funds<br>General Administration | 0.20<br>375.00/hr | 75.00 |
| 7/24/2007 | DEG | Receipt of letter from Uzzell with check for $20,000 representing full settlement of adversary; open necessary accounts and deposit same<br>General Administration | 0.80<br>350.00/hr | 280.00 |
| 8/1/2007 | DEG | Amend release and send to Uzzell<br>General Administration | 0.80<br>375.00/hr | 300.00 |
| 8/2/2007 | DEG | Prepared letter to Uzzell with executed release for recording<br>General Administration | 0.30<br>375.00/hr | 112.50 |
| 9/5/2007 | DEG | Prepared letter to accountant with order of employment and necessary documents to prepare final tax returns<br>General Administration | 0.50<br>375.00/hr | 187.50 |
|  | DEG | Prepared letter with copy of order authorizing employment and necessary documents to prepare tax returns<br>General Administration | 0.80<br>350.00/hr | 280.00 |
| 3/1/2008 | DEG | Prepared final report<br>General Administration | 2.80<br>375.00/hr | 1,050.00 |
|  | SUBTOTAL: |  | [   11.90 | 4,422.50] |
|  | For professional services rendered |  | 21.70 | $7,932.50 |

## TRUSTEE COSTS

1) **TRACT SEARCH** $ 60.00

2) **RECORDER OF DEEDS** <u>40.00</u>

**TOTAL COSTS** $<u>100.00</u>

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $         20,068.79 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $              0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $          2,050.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-08450 JS  
**Case Name:** FAIZ-MOHAMMAD, KHALID S.  
**Period Ending:** 03/03/08

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/17/06 (f)  
**§341(a) Meeting Date:** 09/12/06  
**Claims Bar Date:** 04/26/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 200.00 | 0.00 | | 0.00 | FA |
| 2 | USED FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING | 700.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 150.00 | 0.00 | | 0.00 | FA |
| 5 | TRANSFER OF PROPERTY  (u) | 62,453.98 | 62,453.98 | | 20,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 68.79 | Unknown |
| 6 | **Assets** Totals (Excluding unknown values) | **$64,503.98** | **$62,453.98** | | **$20,068.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

341 MEETING CONTINUED TO 2/14/07; MOTION TO DISMISS BY DEBTOR 2/2/07; SETTLEMENT AGREED TO AND PAID; AWAITING FINAL TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** June 30, 2008     **Current Projected Date Of Final Report (TFR):** June 30, 2008

Printed: 03/03/2008 11:43 AM     V.10.03

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06B-08450 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | FAIZ-MOHAMMAD, KHALID S. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 13-7572773 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/03/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/24/07 | {5} | KHALID FAIZ MOHAMMAD | PAYMENT OF ADVERSARY SETTLEMENT 07A 00093 | 1230-000 | 20,000.00 | | 20,000.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.13 | | 20,002.13 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.03 | | 20,013.16 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.97 | | 20,023.13 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.76 | | 20,034.89 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.42 | | 20,045.31 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.20 | | 20,055.51 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.17 | | 20,064.68 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-08450, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 17.50 | 20,047.18 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.11 | | 20,051.29 |
| | | | **ACCOUNT TOTALS** | | **20,068.79** | **17.50** | **$20,051.29** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **20,068.79** | **17.50** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,068.79** | **$17.50** | |

{} Asset reference(s)                                                                                                                  Printed: 03/03/2008 11:43 AM     V.10.03

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 06B-08450 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | FAIZ-MOHAMMAD, KHALID S. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****87-66 - Checking Account |
| Taxpayer ID #: | 13-7572773 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/03/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :        20,068.79
                    _____
Net Estate :          $20,068.79
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****87-65** | 20,068.79 | 17.50 | 20,051.29 |
| **Checking # ***-*****87-66** | 0.00 | 0.00 | 0.00 |
| | $20,068.79 | $17.50 | $20,051.29 |

{} Asset reference(s)                                                                                  Printed: 03/03/2008 11:43 AM    V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>FAIZ-MOHAMMAD, KHALID S.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08450 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 14,868.41 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 5,182.88 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 20,051.29 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 14,868.41 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | CLERK, U.S. BANKRUPTCY COURT | 250.00 | 250.00 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 10,705.00 | 10,705.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 156.53 | 156.53 |
| ADMIN4 | DAVID GROCHOCINSKI, TRUSTEE | 2,756.88 | 2,756.88 |
| ADMIN5 | DAVID GROCHOCINSKI, TRUSTEE | 100.00 | 100.00 |
| ADMIN6 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 900.00 | 900.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

| | | | |
|---|---|---:|---:|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

| | | | |
|---|---|---:|---:|
| | | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | $ 6,531.09 | 79.36% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | DISCOVER BANK | 4,150.41 | 3,293.64 |
| 002 | AMERICAN EXPRESS TRAVEL SERVICES CO., INC. | 312.90 | 248.31 |
| 003 | AMERICAN EXPRESS CENTURION BANK | 2,067.78 | 1,640.93 |
| | | TOTAL $ | 5,182.88 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL | $ 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL | $ 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL | $ 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL | $ 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL | $ 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF** | **CLAIM** | | | **DISALLOWED AMOUNT** | **/WITHDRAWN** |
| --- | --- | --- | --- | --- | --- |
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | | **OF CLAIM** | **(DESIGNATE)** |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____  _____

                                                                           DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 10,705.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 156.53 | |
| | | | 10,861.53 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 900.00 | |
| | | | 900.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| | | | |
| TOTALS | $ 0.00 | $ 11,761.53 | $ 11,761.53 |

1