**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>FAIZ-MOHAMMAD, KHALID S.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08450 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse
    505 N. County Farm Road, Courtroom, 2000
    Wheaton, Illinois 60187

    on: **May 30, 2008**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $          20,068.79

    b. Disbursements                               $               17.50

    c. Net Cash Available for Distribution         $          20,051.29

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| CLERK, U.S. BANKRUPTCY COURT<br>(US Bankruptcy Court ) | 0.00 | $250.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $10,705.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $156.53 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $2,756.88 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Expenses) | 0.00 | $100.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>(Trustee's Accountant Fees) | 0.00 | $900.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $6,531.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 79.36%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK | $ 4,150.41 | $ 3,293.64 |
| 002 | AMERICAN EXPRESS TRAVEL SERVICES CO., INC. | $ 312.90 | $ 248.31 |
| 003 | AMERICAN EXPRESS CENTURION BANK | $ 2,067.78 | $ 1,640.93 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated: **April 22, 2008**    For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
            ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| FAIZ-MOHAMMAD, KHALID S. | CASE NO. 06B-08450 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $    2,756.88 |
| 2. | Trustee's expenses | $       100.00 |
| | TOTAL | $    2,856.88 |
| 3. | Chapter 11 Trustee's compensation | $          0.00 |
| 4. | Chapter 11 Trustee's expenses | $          0.00 |
| | TOTAL | $          0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $   10,705.00 |
| | b. Expenses | $       156.53 |
| | c. Chapter 11 Compensation | $          0.00 |
| | d. Chapter 11 Expenses | $          0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $       900.00 |
| | b. Expenses | $          0.00 |
| | c. Chapter 11 compensation | $          0.00 |

   d. Chapter 11 Expenses             $_____0.00

3.   Other Professionals

                 TOTAL     $____11,761.53

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED this _____ day of _____, 200_.


        ENTERED  _____
              JOHN SQUIRES
              UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1              Date Rcvd: Apr 22, 2008
Case: 06-08450                 Form ID: pdf002             Total Served: 31

The following entities were served by first class mail on Apr 24, 2008.
db           +Khalid S. Faiz-Mohammad,    1057 Victoria Lane,    Glendale Heights, IL 60139-4511
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +James G Uzzell, ESQ,    Law Offices Of James Uzzell,    39 S Lasalle Street Suite 725,
               Chicago, IL 60603-1620
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
10822239     +AMEX,   P.O. Box 36001,    Fort Lauderdale, FL 33336-0001
10822236     +AMEX,   P.O. Box 297871,    Fort Lauderdale, FL 33336-0001
10822237     +AMEX,   P.O. Box 1334,    Des Plaines, IL 60017-1334
10822238     +AMEX,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
11243981      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
11243978      American Express Travel Related,    Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
10822241      Bank One,    P.O. Box 50882,    henderson, NV 89016
10822243     +Bank One,    P.O. Box 260161,    Banton Rouge, LA 70826-0161
10822242     +Bank One,    P.O. Box 260161,    Baton Rouge, LA 70826-0161
10822240     +Bank of America,    P.O. Box 53132,    Phoenix, AZ 85072-3132
10822244     +Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
10822245     +Cingular Wireless,    435 Ford Road, Ste. 800,    Minneapolis, MN 55426-1066
11772922     +Crescent Recovery, LLC,    PO Box 1097,    Chesapeake, VA 23327-1097
10822247     +First USA Unifund Corporation,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
10822248      Harris Bank,    P.O. Box 50882,    Henderson, NV 89016
10822249     +MBNA,   P.O. Box 15026,    Wilmington, DE 19850-5026
10822250      National City,    P.O. Box 500\K-A16-2J,    Protage, MI 49081
10822251     +Sears CitiCard,    P.O. Box 182149,    Columbus, OH 43218-2149
10822252     +Sony Citi Card,    P.O. Box 6402,    The Lakes, NV 88901-6402
10822253     +Unifund CCR Partners,    c/o Adler & Associates,    25 E. Washington St., Ste. 500,
               Chicago, IL 60602-1703
10822254     +Wickes Furniture,    P.O. Box 37246,    Baltimore, MD 21297-3246
The following entities were served by electronic transmission on Apr 23, 2008.
10822235     +Fax: 847-566-6069 Apr 23 2008 03:51:07      American General Finance,    463 N. Lake St.,
               P.O. Box 604,    Mundelein, IL 60060-0604
11151808     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 23 2008 04:03:08      DISCOVER BANK,
               DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10822246      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 23 2008 04:03:08      Discover,    P.O. Box 3008,
               New Albany, OH 43054
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2008**               **Signature:** *Joseph Speetjens*