Case 06-08450   Doc 82-3   Filed 08/07/08   Entered 08/07/08 09:03:01   Desc Exhibit
Page 1 of 4

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06B-08450 JS
**Case Name:** FAIZ-MOHAMMAD, KHALID S.

**Taxpayer ID #:** 13-7572773
**Period Ending:** 07/11/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****87-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/07 | {5} | KHALID FAIZ MOHAMMAD | PAYMENT OF ADVERSARY SETTLEMENT 07A 00093 | 1230-000 | 20,000.00 | | 20,000.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.13 | | 20,002.13 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.03 | | 20,013.16 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.97 | | 20,023.13 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.76 | | 20,034.89 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.42 | | 20,045.31 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.20 | | 20,055.51 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.17 | | 20,064.68 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-08450, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 17.50 | 20,047.18 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.11 | | 20,051.29 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.76 | | 20,055.05 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.79 | | 20,057.84 |
| 05/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 2.36 | | 20,060.20 |
| 05/28/08 | | To Account #********8766 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 20,060.20 | 0.00 |

Subtotals :   **$20,077.70**   **$20,077.70**

{} Asset reference(s)

Printed: 07/11/2008 10:37 AM   V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06B-08450 JS  
**Case Name:** FAIZ-MOHAMMAD, KHALID S.  
**Taxpayer ID #:** 13-7572773  
**Period Ending:** 07/11/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****87-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 20,077.70 | 20,077.70 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,060.20 | |
| | | | **Subtotal** | | 20,077.70 | 17.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,077.70** | **$17.50** | |

{} Asset reference(s)

Printed: 07/11/2008 10:37 AM    V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06B-08450 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | FAIZ-MOHAMMAD, KHALID S. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****87-66 - Checking Account |
| Taxpayer ID #: | 13-7572773 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/11/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/08 | | From Account #********8765 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 20,060.20 | | 20,060.20 |
| 06/02/08 | 101 | CLERK, U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 19,810.20 |
| 06/02/08 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $10,705.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,705.00 | 9,105.20 |
| 06/02/08 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $156.53, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 156.53 | 8,948.67 |
| 06/02/08 | 104 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $2,756.88, Trustee Compensation;  Reference: | 2100-000 | | 2,756.88 | 6,191.79 |
| 06/02/08 | 105 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $100.00, Trustee Expenses;  Reference: | 2200-000 | | 100.00 | 6,091.79 |
| 06/02/08 | 106 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $900.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 900.00 | 5,191.79 |
| 06/02/08 | 107 | DISCOVER BANK | Dividend paid  79.49% on $4,150.41; Claim# 001; Filed: $4,150.41; Reference: | 7100-000 | | 3,299.30 | 1,892.49 |
| 06/02/08 | 108 | AMERICAN EXPRESS TRAVEL SERVICES CO., INC. | Dividend paid  79.49% on $312.90; Claim# 002; Filed: $312.90; Reference: | 7100-000 | | 248.74 | 1,643.75 |
| 06/02/08 | 109 | AMERICAN EXPRESS CENTURION BANK | Dividend paid  79.49% on $2,067.78; Claim# 003; Filed: $2,067.78; Reference: | 7100-000 | | 1,643.75 | 0.00 |

|  | Subtotals : | $20,060.20 | $20,060.20 |
|---|---|---|---|

{} Asset reference(s)

Printed: 07/11/2008 10:37 AM     V.10.03

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06B-08450 JS
**Case Name:** FAIZ-MOHAMMAD, KHALID S.

**Taxpayer ID #:** 13-7572773
**Period Ending:** 07/11/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****87-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 20,060.20 | 20,060.20 | $0.00 |
| | | | Less: Bank Transfers | | 20,060.20 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 20,060.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$20,060.20** | |

Net Receipts :       20,077.70
_____
Net Estate :       $20,077.70

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****87-65** | 20,077.70 | 17.50 | 0.00 |
| **Checking # ***-*****87-66** | 0.00 | 20,060.20 | 0.00 |
| | $20,077.70 | $20,077.70 | $0.00 |

{} Asset reference(s)

Printed: 07/11/2008 10:37 AM     V.10.03